P-SEND

FILED
CLERK, U.S. DISTRICT COURT
MAY 14 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CV03-1258-SVW(RNBx)

In the Matter of the Creation of the Calendar of Judge JAMES V. SELNA

ORDER OF THE CHIEF JUDGE

03-104

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge James V. Selna,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Stephen V. Wilson to the calendar of Judge James V. Selna:

| | | | | |
|---|---|---|---|---|
| CV | 98 | 1066 | SVW (AN) | Vincent L. Carnes v. Larry Small |
| CV | 02 | 4341 | SVW (Mcx) | Saddleback Valley v. Jakob Preble |
| CV | 02 | 7931 | SVW (RCx) | County of LA v. USA |
| CV | 02 | 8174 | SVW (JWJ) | Carl McDade v. James Hall |
| CV | 02 | 8677 | SVW | Sandra Darling v. Null |
| CV | 03 | 725 | SVW (PLAx) | Sphere Drake Ins PLC v. Madrigal Rental Inc. |
| CV | 03 | 1098 | SVW (JWJx) | Yupoong Inc. v. H & C Headwear Inc. |
| CV | 03 | 1217 | SVW (CTx) | David Bort v. USA |
| CV | 03 | 1258 | SVW (RNBx) | E J Simpson v. Simpson Performance |
| CV | 03 | 1421 | SVW (SHSx) | Forest Plywood Sales v. Export - Import Bank |
| CV | 03 | 1801 | SVW (PLAx) | Jarek Molski v. Mission Burrito |
| CV | 03 | 2256 | SVW (FMOx) | Saundra Earp v. Amerisource Bergen |
| ED | 03 | 15 | SVW (MLG) | Christopher Blanks v. Silvia Garcia |

DATED: May 14, 2003

Acting Chief Judge Stephen V. Wilson

13

ENTER ON ICMS
MAY 16 2003