SEND

FILED
CLERK, U.S. DISTRICT COURT
05-16-03
MAY 16 2003
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| E J SIMPSON, PLAINTIFF(S) v. SIMPSON PERFORMANCE, DEFENDANT(S). | CASE NUMBER CV 03-01258 SVW (RNBx) |
| | **NOTICE RE INTRA-DISTRICT TRANSFER BY CLERK OF COURT** |

TO: ALL PARTIES/COUNSEL OF RECORD:

The case referred to above has been reassigned to the:
☐ Western Division ☒ Southern Division ☐ Eastern Division

District Court by virtue of ORDER OF THE CHIEF #03-104 filed 5-14-03.

This case has been reassigned to case number SA CV 03-0752 JVS (RNBx) and assigned to Judge JAMES V. SELNA for all further proceedings. Any discovery matters that are or may be referred to a magistrate judge are hereby referred to Magistrate Judge ROBERT N. BLOCK. All documents subsequently filed in this case must reflect the new case number, Judge and Magistrate Judge initials: SA CV 03-0752 JVS (RNBx).

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| ☒ Western Division<br>312 N. Spring Street, G-8<br>Los Angeles, CA 90012 | ☐ Southern Division<br>411 West Fourth St., Ste 1053<br>Santa Ana, CA 92701-4516 | ☐ Eastern Division<br>3470 Twelfth Street, Room 134<br>Riverside, CA 92501 |

***Failure to file at the proper location will result in your documents being returned to you.***

Clerk, U. S. District Court

By: ESTRELLA TAMAYO
Deputy Clerk

ENTER ON ICMS
MAY 16 2003

Orig to Case File
cc: Previously Assigned Judge
Newly Assigned Judge
Previously Assigned Magistrate Judge
Newly Assigned Magistrate Judge
Deputy-In-Charge
Case Assignment Administrator
Statistics Clerk
Counsel of Record

14